UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 13mj1146-RBB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | OF COMPLAINT |
| JUAN GARZA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the complaint in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 16, 2013

*[signature]*
HONORABLE RUBEN B. BROOKS
United States Magistrate Judge